No. 04–922. NATIONAL WRESTLING COACHES ASSN. ET AL. *v.* DEPARTMENT OF EDUCATION. C. A. D. C. Cir. Certiorari denied.

No. 04–1149. ROSE ACRE FARMS, INC. *v.* UNITED STATES; and
No. 04–1311. UNITED STATES *v.* ROSE ACRE FARMS, INC. C. A. Fed. Cir. Certiorari denied. Reported below: 373 F. 3d 1177.

No. 04–1238. GIVENS *v.* ALABAMA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1312. SATTERLEE *v.* WASHINGTON ET AL.; RYAN *v.* MC-CRAREY, A MINOR, BY AND THROUGH HIS MOTHER, CANADA; and GRAY *v.* CHIKALLA ET UX. Sup. Ct. Wash. Certiorari denied.

No. 04–1317. BOHAC *v.* WALSH ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–1330. FULLER *v.* INSTINET, INC. C. A. 2d Cir. Certiorari denied.

No. 04–1336. SAFIE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SAFIE *v.* SAFIE ET AL. Sup. Ct. Fla. Certiorari denied.

No. 04–1338. ALL DIRECT TRAVEL SERVICES, INC., ET AL. *v.* DELTA AIR LINES, INC. C. A. 9th Cir. Certiorari denied.

No. 04–1341. MITRANO *v.* HOUSER ET AL. Sup. Ct. N. H. Certiorari denied.

No. 04–1343. MCLAURIN, INDIVIDUALLY AND ON BEHALF OF THE HEIRS OF STUBBS, DECEASED *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–1347. ADKINS *v.* KASPER ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1349. ESQUIBES *v.* GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–1351. BERNAT ET AL. *v.* ALLPHIN, JUDGE, DISTRICT COURT OF UTAH, SECOND DISTRICT, ET AL. Sup. Ct. Utah. Certiorari denied.